UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY KEPLAR | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-cv-02281-B |
| | § | |
| GOOGLE, LLC, | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

JOINT NOTICE OF SETTLEMENT

Plaintiff Jeffrey Keplar and Defendant Google, LLC (collectively, the "Parties"), file this Joint Notice of Settlement and would show as follows:

1. The parties reached a settlement through a settlement conference on May 7, 2024.

2. The parties are in the process of finalizing settlement documents and ask for 60 days to file a stipulation of, or motion for, dismissal with prejudice.

3. Any previously remaining issues between the Parties have been resolved by settlement.

Respectfully submitted,

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
State Bar No. 08158100
reg@kilgorelaw.com
Dorothy E. Masterson
State Bar No. 0079120
dem@kilgorelaw.com
Kilgore & Kilgore, PLLC
3141 Hood Street, Suite 500
Dallas, Texas 75219
(214) 379-0843 Telephone
(214) 379-0840 Telecopy

ATTORNEYS FOR PLAINTIFF

-and-

/s/ Rachel Ullrich (with permission)
Buena Vista Lyons
Texas Bar No. 00797630
vlyons@fordharrison.com
David R. Anderson
Texas Bar No. 24128388
danderson@fordharrison.com
Rachel Z. Ullrich
Texas State Bar No. 24003234
rullrich@fordharrison.com

FORD HARRISON LLP
1601 Elm Street, Suite 4450
Dallas, Texas  75201
Telephone:  (214) 256-4700
Facsimile:  (214) 256-4701

ATTORNEYS FOR DEFENDANT
GOOGLE, LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was forwarded to counsel of record via the Court's electronic filing system and/or via email on the 7th day of May 2024.

Buena Vista Lyons
vlyons@fordharrison.com
David R. Anderson
danderson@fordharrison.com
Rachel Ullrich
rullrich@fordharrison.com
FORDHARRISON LLP
1601 Elm Street, Suite 4450
Dallas, Texas 75201

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.